914

No. 922. MATANUSKA VALLEY LINES, INC. v. MOLITOR. C. A. 9th Cir. Certiorari denied. *Edgar Paul Boyko* for petitioner.

No. 923. JEFFERSON CONSTRUCTION CO. OF FLORIDA v. UNITED STATES. Ct. Cl. Certiorari denied. *Carl A. Hiaasen* for petitioner. *Solicitor General Marshall* for the United States.

No. 935. CLARK v. OHIO. Sup. Ct. Ohio. Certiorari denied. *John W. Reece* for petitioner. *James V. Barbuto* and *Stephan M. Gabalac* for respondent.

No. 955. YOUNG & Co. OF HOUSTON v. CALVERT, COMPTROLLER OF PUBLIC ACCOUNTS OF TEXAS. Ct. Civ. App. Tex., 3d Sup. Jud. Dist. Certiorari denied. *Robert Eikel* for petitioner. *Crawford C. Martin*, Attorney General of Texas, *George M. Cowden*, First Assistant Attorney General, and *John R. Grace* and *Kerns B. Taylor*, Assistant Attorneys General, for respondent.

No. 870. CURTIS ET AL. v. BOEGER, WARDEN; and

No. 871. GRAND ET AL. v. BOEGER, WARDEN. C. A. 8th Cir. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted. *Charles R. Oldham* for petitioners in both cases. *Thomas F. Mc-Guire, James J. Gallagher, Gary M. Gaertner* and *Allen J. Roth* for respondent in both cases.

No. 916. HOBSON ET AL. v. GASCH, U. S. DISTRICT JUDGE. C. A. D. C. Cir. Motion to dispense with printing petition granted. Certiorari denied. Petitioners *pro se*. *Solicitor General Marshall* for respondent.